UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM NORKUNAS,<br><br>        Plaintiff,<br><br>    v.<br><br>HPT CAMBRIDGE, LLC, and<br>CAMBRIDGE TRS, INC.<br><br>        Defendants. | CIVIL ACTION<br>NO. 11-12183-WGY |

January 4, 2013

### JUDGMENT AS TO SCOPE OF INJUNCTION

After trial on the merits, this Court issued an opinion from the bench on December 20, 2012. The Court, in that opinion, advised the parties that it would accept further briefing on the question of how many accessible suites would be required to comply with the ADA Accessibility Guidelines (the "Guidelines"). Having reviewed those briefs and after consulting the Guidelines, this Court holds that the Royal Sonesta Hotel is required to have one accessible Executive Suite *and* one accessible Premier Suite. The Guidelines provide:

> In order to provide persons with disabilities a range of options equivalent to those available to other persons served by the facility, sleeping rooms and suites required to be accessible by 9.1.2 shall be dispersed among the various classes of sleeping accommodations available to patrons of the place of transient lodging. Factors to be considered include room size, cost, amenities provided, and the number of beds provided.

28 C.F.R. pt. 36, app. D, § 9.1.4(1). The amenities provided in and costs of a Premier Suite differ substantially from

those of an Executive Suite. As such, they are unique room classes, and accessible rooms should be available in both classes.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE