UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM NORKUNAS | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
|  | ) NO. 11-12183-WGY |
| HPT CAMBRIDGE, LLC, and | ) |
| CAMBRIDGE TRS, INC. | ) |
| Defendants. | ) |

January 4, 2013

### JUDGMENT AS TO SCOPE OF INJUNCTION

After trial on the merits, this Court issued an opinion
from the bench on December 20, 2012.  The Court, in that
opinion, advised the parties that it would accept further
briefing on the question of how many accessible suites would
be required to comply with the ADA Accessibility Guidelines
(the "Guidelines").  Having reviewed those briefs and after
consulting the Guidelines, this Court holds that the Royal
Sonesta Hotel is required to have one accessible Executive
Suite and one accessible Premier Suite.  The Guidelines
provide:

> In order to provide persons with disabilities a
> range of options equivalent to those available to
> other persons served by the facility, sleeping rooms
> and suites required to be accessible by 9.1.2 shall be
> dispersed among the various classes of sleeping
> accommodations available to patrons of the place of
> transient lodging. Factors to be considered include
> room size, cost, amenities provided, and the number of
> beds provided.

28 C.F.R. pt. 36, app. D, § 9.1.4(1).  The amenities provided
in and costs of a Premier Suite differ substantially from

those of an Executive Suite.  As such, they are unique room classes, and accessible rooms should be available in both classes.

**SO ORDERED.**

William G. Young

WILLIAM G. YOUNG
DISTRICT JUDGE