LAW OFFICES OF

# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 609
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199
BROWARD (954) 463-6570
FACSIMILE (305) 893-9505

September 20, 2013

Honorable William G. Young
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    <u>**William Norkunas v. HPT Cambridge, LLC, et al.**</u>
            **Case No. 1:11-cv-12183-WGY**

Dear Judge Young:

     Pursuant to Federal Rules of Civil Procedure 58 (d), the plaintiff herein requests that the Judgment that you entered in this case, entering an injunction and awarding attorneys' fees and costs and expert fees, be set out in a separate document. Therefore, plaintiff is herein submitting a proposed Final Judgment incorporating your Order entering an injunction and awarding attorneys' fees, costs and expert fees.

                                          Respectfully submitted,

                                          FULLER, FULLER & ASSOCIATES, P.A.

                                          <u>/s/ Lawrence A. Fuller</u>

                                          Lawrence A. Fuller
                                          lfuller@fullerfuller.com

LAF/mft
cc: George W. Skogstrom, Jr., Esq.
    Jennifer Pinkham, Esq.
    Daniel Blake, Esq.
    David McCambridge Fox, Esq.
    Nicholas D. Stellakis, Esq.